Decided September 9, 1999

### FLEET NATIONAL BANK, TRUSTEE *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WINCHESTER

The substituted plaintiff James H. Gould III's petition for certification for appeal from the Appellate Court, 54 Conn. App. 135 (AC 18262), is denied.

BERDON, J., dissenting. I would grant the substituted plaintiff James H. Gould III's petition for certification to appeal.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*H. James Stedronsky*, in support of the petition.

*Kevin F. Nelligan*, in opposition.

Decided September 9, 1999